IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER BRICKEY**                                       **PLAINTIFF**

v.                       **CASE NO. 4:24-CV-00150-BSM**

**GEO GROUP, INC.,** *et al.*                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of April, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE